# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN



U.S. DISTRICT COURT
EASTERN DISTRICT WI
FILED
2020 AUG 19 P 2:49
CLERK OF COURT

(Full name of plaintiff(s))

O'Syris Lord Birk-Ail-Eh

v.

(Full name of defendant(s))

Lt Jones, Lt Ruiz, Lt Seal, C.O
D. Roberts, C.O Walters, C.O Berry

Case Number:

**20-C-1274**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of **WISCONSIN**, and is located at
   (State)

   **M.C.J, 949 n 9th str, MILWAUKEE, WI 53233**
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant **Lt. JONES, Lt. RUIZ, Lt. SEAL, D. Roberts..** etc
   (Name)

   is (if a person or private corporation) a citizen of **WISCONSIN**

Complaint – 1

Case 2:20-cv-01274-LA    Filed 08/19/20    Page 1 of 5    Document 1

and (if a person) resides at <u>949 n 9th str, MILWAUKEE, WI 53233</u> (State, if known)
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for <u>MILWAUKEE COUNTY SHERIFF OFFICE, ERNELL LUCAS 949 n 9th str..etc</u>
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On 6-14/15/16 of june 2020, guards Hooks & STARK committed the same act, by locking I, in the cell pass the legal limite. Where already lock in for 26 hrs a day, and "THEY KNOW IAW" states: AM GUARANTEED 1HR out. But to no avail, they both left me in there and refuses to feed me breakfast/ lunch, no shower, phone to call council, or rec, on 6C cell 11. Lt: Ruiz gave ORDERS, to guard Berry on 8-3-20, Lt: Jones gave guards & walters ORDERS on 8-6-20, and Lt; Seal gave ORDERS to guards D. Roberts on 8-4-20 to infring, deprived, violated my (Guarantted RIGTHS) pursuant to the Constitution, not the (insidious) 14th amendment (Civil rights)

Complaint – 2

bull. The Lt's, and guard are trained at the academy to (know) STATE IAW/Federal/and policy and porcedures, on these matter. "THEY Know" law states GUARANTEED 1 HR out the cell. They violate my 1st Amendment, and 8th, and N.C.G.S. Chapter 52 § 15A-954, and Aborigine Prockaimation/ Charter, and Treaties of Peace and Friendship 1736 and 1876 and more first historical recordings on landmarks claiming title to the land, [Ref. Toriano ObaShango-EL]. the happen on 6A cell 11. This is deliberate indifference.

C.  JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$_____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

For the detrimental harm, emotionally, psychologically, socially in essence my self-esteem takes a beating further the suffering on all levels. The remedies, I seek, for the damges and injurys, inhumaine treament, cruel and unusal punishment that the listed defendants be charged, convicted, and fiered. The compensation I seek 500,000. U.S Dollars for the harm brought against (Moor American Citizen)

E.  JURY DEMAND

I want a jury to hear my case.

☑ – YES  ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __14__ day of __Aug__ 20_20_.

Respectfully Submitted,

__O'Syn's Lord Birkrfail~El__
Signature of Plaintiff

__701803294__
Plaintiff's Prisoner ID Number

__Milwaukee County Jail__
__949 n 9th st, Milwaukee, WI__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5
Case 2:20-cv-01274-LA   Filed 08/19/20   Page 5 of 5   Document 1